UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANDYKE JOHNSON,

                Plaintiff,

      -against-

PAUL J. SCHUCHERT, et al.,

                Defendants.

1:22-cv-03787 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    Be separate order today, the Court is referring this case to Magistrate Judge Parker for General Pretrial Purposes, including settlement.

    If all parties consent to proceed before Magistrate Judge Parker, they must, **within three weeks of the service of the Complaint and summons on all Defendants**, submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this Order (and also available at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge).  If the Court approves that form, all further proceedings will then be conducted before Magistrate Judge Parker rather than before this Court.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were not signed and so ordered.  An information sheet on proceedings before magistrate judges is also attached to this Order.

    Additionally, it is FURTHER HEREBY ORDERED that if any party does not consent to be referred to the Magistrate Judge, the parties shall consider requesting a settlement conference before the Magistrate Judge.

If any party does not consent to conducting all further proceedings before the Magistrate Judge, the parties must file a joint letter, **within three weeks of the service of the Complaint and summons on all Defendants**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**.  No adverse consequences will result from the withholding of that consent.  In that joint letter, the parties shall also advise the Court whether they request a referral to a settlement conference.

Dated: February 3, 2023
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge