# Levy Ratner

Attorneys at Law
80 Eighth Avenue, 8th Floor
New York, NY 10011-7175

o  212.627.8100
f  212.627.8182

levyratner.com

*Attorneys*

Daniel J. Ratner
Pamela Jeffrey
Carl J. Levine*
David Slutsky*
Allyson L. Belovin
Robert H. Stroup

Dana E. Lossia*
Micah Wissinger
Ryan J. Barbur
Alexander Rabb
Laureve D. Blackstone*
Kimberly A. Lehmann*

Aleksandr L. Felstiner◆
Jessica I. Apter*
Rebekah Cook-Mack
Geoffrey A. Leonard◆

*Of Counsel*

Patricia McConnell
Linda E. Rodd

*Special Counsel*

Richard A. Levy
Daniel Engelstein
Richard Dorn

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/21/2023

## MEMO ENDORSED

February 17, 2023

VIA ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Monday, March 27, 2023 at 2:00 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, April 6, 2023 at 11:30 a.m. The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff.
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 02/21/2023

Re:    *Johnson v. Schuchert, et al.*, Civ. Action No. 1:22-cv-03787-JLR-KHP

Dear Judge Parker:

This firm is counsel to Defendants U.A.W. Local 2110 and Rene Casiano ("Union Defendants") in this matter. In accordance with Rule I.c of Your Honor's Individual Practices in Civil Cases, the Union Defendants respectfully request an adjournment of the initial scheduling and case management conference currently scheduled for March 27, 2023. The Union Defendants respectfully request that the Court adjourn this conference to on or after April 3, 2023. We have not previously requested an adjournment or extension of this conference. Union Defendants requested, and received, an extension of time to answer Plaintiff's Amended Complaint.

We have received consent for the adjournment from all parties of record via email on February 16, 2023. Thank you in advance for Your Honor's consideration of this request.

Respectfully submitted,

Aleksandr L. Felstiner

ALF:dm

*Advancing the rights of everyone who works*

\*  Admitted in NY and NJ.     ♦ Admitted in NY and CA.     ◆ Admitted in NY and MI.

# Levy Ratner

Honorable Katharine H. Parker
February 17, 2023
Page 2

cc:     Vandyke Johnson (via email)
        Michael A. Frankel (via ECF)