USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANDYKE JOHNSON,

                                         Plaintiff,

          -against-

PAUL J. SCHUCHERT, et al.,

                                         Defendants.

**ORDER**

22-CV-3787 (JLR) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      As discussed in the April 6, 2023 case management conference, **by Monday, June 5, 2023**, Plaintiff shall give Defendants a draft of an amended complaint or file a letter with the Court that Plaintiff will not be filing an amended complaint.  Defendants shall have one week from the receipt of the draft amended complaint to raise any objections to Plaintiff or give Plaintiff their consent to file the amended complaint.  Plaintiff will then have a week (that is, until June 19, 2023) to move to file the amended complaint.

      Discovery is stayed until further order of the Court.

      The Court notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court.  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff.**

Dated: New York, New York
April 6, 2023

SO ORDERED.

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge