AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK

| VANDYKE JOHNSON | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 22-3787 -JLR-KHP |
| PAUL J. SCHUCHERT, ET AL., | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Printed names of parties and attorneys | Signatures of parties or attorneys | Dates |
|---|---|---|
| VANDYKE JOHNSON/PLAINTIFF PRO-SE | /s/ | April 26, 2023 |
| Union Defendants (Local 2110 & Rene Casiano) | /s/ | May 10, 2023 |
| Columbia, Schuchert, Hernandez | Michael Frankel | May 10, 2023 |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: May 11, 2023

*District Judge's signature*

U.S.D.J. Jennifer L. Rochon
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.