```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2023
```

June 2, 2023

Hon. Katharine H. Parker
Southern District of New York

      RE:    Johnson v. Schubert, et al. [1:22-cv-03787-KHP]
              Extension Request for Plaintiff's Deadlines for Moving for Leave to File an Amended Complaint.[1]

Dear Judge Parker,

    I ask that the Court extend the deadlines for Plaintiff to Move for Leave to Amend Complaint by thirty days. This would change the schedule to the following:

- July 5, 2023: Deadline for Plaintiff to give Defendants a draft amended complaint.
- July 12, 2023: Deadline for Defendants to raise any objection with Plaintiff or give Plaintiff their consent to file the amended complaint
- July 19, 2023: Deadline for Plaintiff to move to filed the amended complaint

    I have not previously requested any extensions for these deadlines.

    I am requesting this extension because I am pro se and it is difficult for me to meet these deadlines. I need additional time in order to properly consult with the NYLAG SDNY Pro Se Clinic.

    I contacted opposing counsel on June 2 to request permission for this extension. Opposing counsel let me know that they consent to extend the deadlines to my proposed dates. Thank you for your consideration.

Respectfully,

/s/ Vandyke Johnson
Vandyke Johnson
636 West 172nd Street, Apt. 3
New York, NY 10032
PRO SE

**APPLICATION GRANTED**

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.   6/6/2023

In light of the anticipated amended complaint, the motions to dismiss at ECF No. 36 and No. 40 are dismissed without prejudice to filing a renewed motion with respect to the amended complaint.

---

[1] This document was prepared with the assistance of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants in the SDNY.