UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Vandyke Johnson,

        Plaintiff,                            NOTICE OF LIMITED SCOPE
                                                            APPEARANCE OF *PRO BONO*

        -against-                                  COUNSEL

                                                            22-cv-3787-JLR

Schuchert et al.,

        Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Enter my appearance as *pro bono* counsel in this case on behalf of plaintiff, Vandyke Johnson, for the limited purpose of providing advice and representation in settlement negotiations, settlement conference(s) and/or mediation(s) through the Southern District's Alternative Dispute Resolution Program. I certify that I am admitted to practice in this Court.

Dated: July 26, 2023
       New York, New York

LISA RIVERA, ESQ.
New York Legal Assistance Group
100 Pearl Street, 19th Floor
New York, NY 10004

 /s/  Susanne Toes\_\_\_\_
Susanne Toes Keane
Of Counsel
NYLAG Clinic for Pro Se Litigants
40 Foley Square
New York, NY 10007
Phone: (212) 613-5090
Email: skeane@nylag.org