UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANDYKE JOHNSON,

                           Plaintiff,

-against-

PAUL J. SCHUCHERT, et al.,

                           Defendants.

**ORDER**

22-CV-3787 (JLR) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2023

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court requests that Defendant Juan Alberto Hernandez consider filing a waiver of service to conserve the Court's and the U.S. Marshal's resources because Defendant Hernandez has made an appearance on the record and already filed a motion to dismiss.

By **September 22, 2023**, Defendant shall inform the Court whether he is waiving service. If the Court does not receive a response, the Court will deem service waived.

**The Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se Plaintiff.**

Dated: New York, New York
        September 15, 2023

SO ORDERED.

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge