```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED: 11/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANDYKE JOHNSON,

                              Plaintiff,

              -against-

 PAUL J. SCHUCHERT, et al.,

                              Defendants.

**ORDER**

**22-CV-3787 (JLR) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

In light of the parties' representation that they have settled this matter, it ordered that this action will be dismissed without costs (including attorneys' fees) to either party on **Wednesday, January 3, 2024** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. **To be clear, any request that the action not be dismissed must be filed on or before Wednesday, January 3, 2024; any request filed thereafter may be denied solely on that basis.**

**SO ORDERED.**

Dated: New York, New York
          November 8, 2023

_Katharine H. Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge